UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Carol A. Doyle | Hearing Date | 01/22/2019 |
| Bankruptcy Case No. | 18-26279 | Adversary No. | |
| Title of Case | Yvette Yanzon Heffern | | |
| Brief Statement of Motion | Order Modifying Chapter 13 Plan | | |
| Names and Addresses of moving counsel | Ben L Schneider, The Law Office Of Schneider & Stone<br>8424 Skokie Blvd Ste 200<br>Skokie, IL 60077 | | |
| Representing | Debtor | | |

## ORDER

It is hereby ordered that Part 2.2 of the Chapter 13 Plan is modified to check the first box, which states that Debtor(s) will make payments pursuant to a payroll deduction order.

6/11/99