UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-26279 |
|---|---|---|
| Yvette Yanzon Heffern | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**AGREED ORDER**

At Chicago, Illinois, this 12th day of February 2019, before the Honorable Carol A. Doyle, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the Motion of Ally Financial, for entry of an agreed order, due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Ally Financial shall be allowed attorney fees in the amount of $500.00 pursuant to Illinois State law, the retail installment contract dated August 25, 2012, for the 2012 CHEVROLET EQUINOX, VIN: GNALDEK3C1251317 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That this order shall act to amend Ally Financial 's proof of claim to add the allowed attorney fees of $500.00. That part 3.2 of the Debtor's confirmed chapter 13 plan be and the same hereby is amended to provide for a total secured claim of $11,368.31 for Ally Financial with interest to accrue at 8.25% per annum with a set monthly payment of $235.00.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 12, 2019

**Prepared by:**

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
jamesphilbrick@comcast.net