UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-26279 |
| YVETTE HEFFERN ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| Debtor(s) ) | | |

**Order on Debtor's Motion to Modify Plan**

This matter coming to be heard on the Debtor's Motion to Modify Chapter 13 Plan, it is hereby ordered that:

1. The Debtor's payment will increase to $490 in August 2019.

2. The default is deferred to the end of the Chapter 13 Plan.

3. The trustee is not required to collect any amounts already paid to creditors.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: August 06, 2019

**Prepared by:**